**166**

## ORDER

PER CURIAM.

Brett Darrow (Darrow) appeals from the trial court's judgment finding him guilty of speeding, in violation of St. Louis County Revised Ordinance Nos. 1204.020. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An extended opinion would have no jurisprudential or precedential value. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the trial court's judgment pursuant to Rule 84.16(b).

## ORDER

PER CURIAM.

Tara Lunz appeals from the order and judgment of the trial court terminating Mother's parental rights regarding Z.K.G. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. An extended opinion would have no precedential value or serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

### In the Interest of: Z.K.G.

### No. ED 95877.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 20, 2011.

Neela H. Kottmeier, St. Louis, MO, for Appellant.

Rebeca Navarro–McKelvey, Kenneth Simmons, Juvenile Officer of St. Charles County, St. Charles, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., MARY K. HOFF, J., and SHERRI B. SULLIVAN, J.

### Christopher HOLLAND, Plaintiff–Appellant,

v.

### HEALTHCARE SERVICES OF THE OZARKS d/b/a Cox Health Systems and Joyce Pierron, Defendants–Respondents.

### No. SD 30748.

Missouri Court of Appeals,
Southern District,
Division Two.

Aug. 25, 2011.

